IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHRISTOPHER J. REICHERT,** | : | |
| Plaintiff, | : | **CIVIL ACTION** |
| v. | : | |
| | : | |
| **ELIZABETHTOWN COLLEGE,** | : | |
| et al., | : | No. 10-2248 |
| Defendants. | : | |

**ORDER**

AND NOW, this **4th** day of **August**, **2011**, upon consideration of Defendants' Motion to Dismiss, Plaintiff's Opposition thereto, and for the reasons stated in the Court's Memorandum dated August 4, 2011, it is hereby **ORDERED** that:

1. The motion (Document No. 31) is **GRANTED in part and DENIED in part**, as follows:

    a. The motion is granted as to Counts IV, VI, VII, VIII, IX, X, and XI, which are **DISMISSED**.

    b. The motion is denied as to Count V.

2. Defendant's Motion to Dismiss Plaintiff's Amended Complaint (Document No. 26) is **DENIED as moot**.

BY THE COURT:

_____
**Berle M. Schiller, J.**