IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTOPHER J. REICHERT, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ELIZABETHTOWN COLLEGE, | : | |
| et al., | : | No. 10-2248 |
| Defendants. | : | |

## ORDER

AND NOW, this **10th** day of **April**, **2012**, upon consideration of the parties' Proposed Findings of Fact and Conclusions of Law (Document Nos. 48, 49) and Amended Proposed Findings of Fact and Conclusions of Law (Document Nos. 69, 71), following a bench trial from January 9, 2012 through January 12, 2012, and for the reasons stated in this Court's Memorandum dated April 10, 2012, it is hereby **ORDERED** that:

1. Judgment is entered in favor of Defendants Elizabethtown College, Carroll Tyminski, Mimi Staulters, Rachel Finley-Bowman, Marie Calenda, Susan Traverso, and Susan Pitcher and against Plaintiff Christopher Reichert.

2. Defendants' Motion in Limine to Exclude Expert Testimony of Casey Dixon (Document No. 47) is **DENIED**.

3. Plaintiff's Final Pretrial Motion for Judgment (Document No. 50) is **DENIED**.

4. The Clerk of Court is directed to close this case.

BY THE COURT:

/s/ Berle M. Schiller
**Berle M. Schiller, J.**